McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street
Sacramento, California 95814
Telephone: (916) 554-2700


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. NO. S-96-077 EJG |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING DEFENDANT'S** |
| v. | ) | **FIRST AMENDED § 2255 PETITION** |
| | ) | |
| BRIAN BATTLES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Hearings were held in open court on May 3, 2005 and June 3, 2005, on defendant Battles' First Amended § 2255 Petition. The Defendant was represented by his attorney, Donald Frick, Esq. The government was represented by Asst. U.S. Attorney Richard Bender (on May 3, 2005) and by Asst. U.S. Attorney Anne Pings (on June 3, 2005). The defendant was not present.[1]

For the reasons stated in open court at the two hearings, the defendant's motion was denied. In addition, the defendant's motion for reconsideration of the denial of claim one (filed on or about

//

//

//

_____

[1] See ¶ 3 of 28 U.S.C. § 2255, "A court may entertain and determine such motion without requiring the production of the prisoner at the hearing."

1

May 26, 2005) was denied for the reasons stated in open court on
June 3, 2005.

It is SO ORDERED.


Dated:  June 8, 2005

                                    /S/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior, U.S. District Judge