IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-96-0077 EJG
                                  CIV. NO. S-99-2055 EJG
    v.
                                  <u>ORDER DENYING REQUEST FOR</u>
BRIAN KEITH BATTLES,        <u>CERTIFICATE OF APPEALABILITY</u>

        Defendant.
_____/

    Defendant, a federal prisoner proceeding with counsel, has filed a Notice of Appeal from this court's June 8, 2005 order denying his amended § 2255 petition. The matter has been remanded to this court from the Ninth Circuit Court of Appeals for the limited purpose of granting or denying a certificate of appealability, which certificate must be issued before defendant can appeal the decision. <u>See</u> Fed. R. App. P. 22(b). Such certification may issue "only if [defendant] has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253©)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should

1

1  not issue.  Fed. R. App. P. 22(b)(1).
2       For all of the reasons stated in the court's oral rulings
3  made in court and on the record on May 3, 2005 and June 3, 2005,
4  defendant has not made a substantial showing of the denial of a
5  constitutional right.  Accordingly, the motion for a certificate
6  of appealability is DENIED.
7       IT IS SO ORDERED.
8  Dated: November 30, 2005

                                /s/Edward J. Garcia
                             _____
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT