IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRIAN BATTLES,

        Defendant.
_____/

CIV. NO. S-99-2055 EJG
CR. NO. S-96-0077 EJG

<u>ORDER DENYING APPLICATION TO UNSEAL DOCUMENTS</u>

    This matter is before the court on defendant's February 27, 2007 application to unseal a document in the record of this case. A review of the file reveals that the case is presently pending before the Ninth Circuit Court of Appeals on defendant's request for a certificate of appealability. Nothing is pending before the district court, nor has the Ninth Circuit requested any action by this court. Accordingly, the court lacks jurisdiction to consider defendant's application and, on that basis, the application is DENIED.

    IT IS SO ORDERED.

Dated: March 13, 2007

                                     /s/ Edward J. Garcia
                                     EDWARD J. GARCIA, JUDGE
                                     UNITED STATES DISTRICT COURT